NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,**
*Plaintiffs-Appellants,*

v.

**BUG LABS, INC.,**
*Defendant-Appellee.*

---

2010-1474

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0607, Judge Stephen V. Wilson.

------------------------------------------------

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,**
*Plaintiffs-Appellants,*

v.

**EMULEX CORPORATION,**
*Defendant-Appellee.*

---

2010-1475

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0605, Judge Stephen V. Wilson.

------------------------------------------------

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,**
*Plaintiffs-Appellants,*

**v.**

**TEXAS INSTRUMENTS INCORPORATED,**
*Defendant-Appellee,*

**and**

**ARM LTD.,**
*Defendant-Appellee.*

2010-1476

Appeal from the United States District Court for the Central District of California in case no. 08-CV-1123, Judge Stephen V. Wilson.

------------------------------------------------

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,**
*Plaintiffs-Appellants,*

**v.**

**MINDSPEED TECHNOLOGIES, INC.,**
*Defendant-Appellee,*

**and**

**ARM LTD.,**
*Defendant-Appellee.*

---

2010-1477

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0603, Judge Stephen V. Wilson.

------------------------------------------------

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,**
*Plaintiffs-Appellants,*

v.

**ARCHOS, INC.,**
*Defendant-Appellee.*

---

2010-1479

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0606, Judge Stephen V. Wilson.

------------------------------------------------

**MICROPROCESSOR ENHANCEMENT CORPORATION AND MICHAEL H. BRANIGIN,**
*Plaintiffs-Appellants,*

v.

**STMICROELECTRONICS NV** AND
**STMICROELECTRONICS, INC.,**
*Defendants-Appellees,*

**and**

**ARM LTD.,**
*Defendant-Appellee.*

2010-1484

Appeal from the United States District Court for the Central District of California in case no. 08-CV-1039, Judge Stephen V. Wilson.

**ON MOTION**

**O R D E R**

Upon consideration of Microprocessor Enhancement Corporation and Michael H. Branigin's motions to voluntarily withdraw their appeals,

IT IS ORDERED THAT:

(1) The motions are granted and these appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**DEC 2 9 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Roderick G. Dorman, Esq.
Blaney Harper, Esq.
Bruce S. Sostek, Esq.
Joseph E. Thomas, Esq.
Kevin P. Anderson, Esq.
Gary N. Frischling, Esq.
Chad S. Campbell, Esq.

s21

Issued As A Mandate: __**DEC 2 9 2010**__

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 2 9 2010**

**JAN HORBALY
CLERK**